# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE HEALD HORSLEY, | ) Case No.: 5:18-cv-01050-AFM |
| | ) |
| Plaintiff, | ) {PROPOSED} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,150.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 12/9/2019

_Cely Mack_____

ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3        /s/ *Denise Bourgeois Haley*
     _____
4    Denise Bourgeois Haley
     Attorney for plaintiff Wayne Heald Horsley
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26